UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                              Case No. 17-cr-20668

D-3 DEAIRE RAYFORD,

        Defendant.
_____/

**ORDER DIRECTING REPLY**

On January 11, 2023, the court received correspondence from Defendant De'Aire Rayford, seeking "clarification on a sentencing issue." (ECF No. 408, PageID.3779.) Specifically, Defendant asserts that he should be eligible for an earned-time reduction credit under the First Step Act, a credit which the Bureau of Prisons is currently denying him due to its alleged incorrect designation of him as a leader in his conspiracy to distribute controlled substance conviction. (Id.) The court resolved to treat Defendant's correspondence as a formal motion. Accordingly, on January 18, 2023, the court issued a Notice of Determination of Motion Without Oral Argument, ordering the Government to file a response by April 11, 2023. (ECF No. 419.) On March 3, 2023, the Government complied, suggesting that the court construe Defendant's correspondence as a writ of habeas corpus, 28 U.S.C. § 2241, and further arguing that said writ be denied on exhaustion grounds. (Id. at PageID.3807–08.)

Having reviewed the relevant filings, the court is inclined to view Defendant's correspondence as a petition for writ of habeas. However, before considering the merits

of Defendant's petition, the court will first require Defendant to respond to the Government's arguments. Should Defendant fail to file a reply on or before **May 17, 2023**, his petition will be dismissed without prejudice. Accordingly,

IT IS ORDERED that Defendant shall file a reply to the Government's briefing (ECF No. 419) by **May 17, 2023**.

                                                     s/Robert H. Cleland          /
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated:  April 5, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 5, 2023, by electronic and/or ordinary mail.

                                                     s/Lisa Wagner          /
                                                     Case Manager and Deputy Clerk
                                                     (810) 292-6522

S:\Cleland\Cleland\EKL\Opinions & Orders\Criminal\17-20668.RAYFORD.OrderDirectingReply.EKL.docx