UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 17-cr-20668

D-3 DEAIRE RAYFORD,

        Defendant.
_____/

**OPINION AND ORDER DENYING DEFENDANT'S LETTER MOTION (ECF No. 408)**

        Defendant Deaire Rayford presented what amounts to a motion in the form of a letter (ECF No. 408), in essence asking the court to take certain steps to instruct the Federal Bureau of Prisons ("BOP") about Guidelines scoring in the Presentence Report. Defendant specifically disclaims any intent to present a Habeas Corpus petition, indicating that "a letter will suffice." (ECF No. 423, PageID.3819.) There is no indication that the court has any arguable basis to take any "clarifying" action similar to what Defendant seeks, as the court has no role in managing the BOP.

        Accordingly, IT IS ORDERED that Defendant's letter (ECF No. 408) is CONSTRUED as a motion to instruct the BOP and the same is DENIED.

                                                      s/Robert H. Cleland            /
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: July 26, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 26, 2023, by electronic and/or ordinary mail.

                                                        s/Kim Grimes                /
                                                        Deputy Clerk